■ In the Matter of the Estate of ETHEL M. GLOVER, Deceased. CHASE MANHATTAN BANK, as Successor by Merger to CHASE MANHATTAN BANK, N.A., as Successor by Merger to CHASE LINCOLN FIRST BANK, N.A., et al., as Coexecutors of ETHEL M. GLOVER, Deceased, Respondents; ELIOT SPITZER, as Attorney General of State of New York, Appellant. [735 NYS2d 441] —Order unanimously affirmed without costs for reasons stated in decision at Monroe County Surrogate's Court, Calvaruso, S. (Appeal from Order of Monroe County Surrogate's Court, Calvaruso, S.—SCPA.) Present—Pigott, Jr., P. J., Wisner, Scudder, Burns and Gorski, JJ.

■ LORETTA M. SPINA, Appellant, v JOHN MELVIN, JR., Respondent. [735 NYS2d 441] —Order unanimously reversed on the law without costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in granting defendant's motion for summary judgment dismissing the complaint on the ground that plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d). Although defendant met his initial burden on the motion, plaintiff raised a triable issue of fact by her own affidavit and that of her treating chiropractor (see, Rodriguez v Duggan, 266 AD2d 859; see also, Moreno v Delcid, 262 AD2d 464, 465; Nathanson v David, 244 AD2d 930). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.